# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-cv-23213-BLOOM/Otazo-Reyes**

YARIBEL RABELO-RODRIGUEZ,
*et al*.,

    Plaintiffs,

v.

UNITED STATES SECRETARY
OF HOMELAND SECURITY,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court upon the Joint Motion for Temporary Stay of Action, ECF No. [58] ("Motion"), filed on December 3, 2021. In the Motion, the parties state their intention to discuss a possible resolution of this action. The parties request a stay given the number of agency components that must confer regarding a possible resolution. The Court has reviewed the Motion and the record in this case, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion, **ECF No. [58]**, is **GRANTED.**
2. This case is **STAYED** until **January 14, 2022**.
3. The parties are directed to file a joint status report **by no later than January 14, 2022**, apprising the Court of the outcome of their discussions and requesting a new scheduling order if necessary.
4. The parties may move to dismiss plaintiffs from this action during the stay.
5. The Clerk of Court shall **CLOSE** this case for administrative purposes only.
6. To the extent not otherwise disposed of, all deadlines are **TERMINATED**.

Case No. 21-cv-23213-BLOOM/Otazo-Reyes

**DONE AND ORDERED** in Chambers at Miami, Florida, on December 4, 2021.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record