**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 21-cv-23213-BLOOM/Otazo-Reyes**

YARIBEL RABELO-RODRIGUEZ,
*et al.*,

  Plaintiffs,

v.

UNITED STATES SECRETARY
OF HOMELAND SECURITY,

  Defendant.
_____/

**ORDER JOINT MOTION AND STIPULATION**
**TO DROP CERTAIN NAMED PLAINTIFFS**

  **THIS CAUSE** is before the Court upon the Joint Motion and Stipulation to Drop Certain

Named Plaintiffs, ECF No. [60] ("Motion"), filed on December 29, 2021. The Court has reviewed

the Motion, the record, and is otherwise fully advised.

  Accordingly, it is **ORDERED AND ADJUDGED** that the Motion, **ECF No. [60]**, is

**GRANTED**. The following Plaintiffs are **DISMISSED WITH PREJUDICE** because their

individualized claims have been resolved by stipulation of the Parties:

1. Alejandro GRANA-ALARCON,

2. Anairis Yanet MUNOZ-CARPINTERO,

3. Ernesto VENTO-FALCON,

4. Danay ABREU-GRIJALBA,

5. Amanda Giselle VENTO-ABREU,

6. Ana Laura VENTO-ABREU,

7. Yensy TORRES-PEREZ,

Case No. 21-cv-23213-BLOOM/Otazo-Reyes

8.  I- M-T- (a minor child),

9.  Leyanet QUIALA-ALMIRA,

10. Karla Maria HERNANDEZ-SUPERVIEDA,

11. Yaima SUPERVIEDA-ABRAHANTE,

12. Julio Oriel VAILLANT-CERA,

13. Rosa Betzi VEGA DE LA PAZ,

14. Guido ALVAREZ-TROTSMAN,

15. Yasmani AVILA-VELASQUEZ,

16. Alberto Carlos LOPEZ-AGUILERA,

17. Maitte OSORIO-VAN-VIN,

18. Erichsander RIVERA-VAN-VIN,

19. Yeinis JEREZ-RODRIGUEZ,

20. Yobany ESPINOZA-CRUZ,

21. Yanet GUZMAN-ESCOBAR,

22. Yoharner Enrique SANCHEZ-DOBANO.

**DONE AND ORDERED** in Chambers at Miami, Florida, on December 29, 2021.

_____

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record