UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-23213-BLOOM

**YARIBEL RABELO-RODRIGUEZ**, *et al.*,

    Plaintiffs,

v.

**ALEJANDRO MAYORKAS**, in his official capacity as the United States Secretary of Homeland Security,

    Defendant.

_____/

**JOINT STATUS REPORT**

The parties, by and through their respective undersigned counsel, file this joint status report to apprise the Court of the following:

The defendant has published a notice[1] on the "USCIS Class Action, Settlement Notices and Agreements" webpage which adequately resolves the claims of potential arriving alien plaintiffs who have sought, and who may wish to seek, joinder into this action.  Additionally, the sole remaining plaintiff, Adelmis Reve, who is a non-arriving alien, has been placed into removal proceedings by the defendant, and thus her claim for adjustment of status may independently proceed before an immigration judge.  Given these circumstances, there are no longer any claims that can viably be presented to the Court at this time.

As such, the parties will be filing a Joint Stipulation of Dismissal following the submission of this status report.

February 25, 2022                                                     Respectfully submitted,

---

[1] Available at: https://www.uscis.gov/sites/default/files/document/notices/USCIS_CAA_AA_485_Denied_No-Parole_Process-Feb232022.pdf.

| | |
|---|---|
| **s/ Mark Andrew Prada** <br> Fla. Bar No. 91997 <br> **Anthony Richard Dominguez** <br> Fla. Bar No. 1002234 <br> Prada Urizar, PLLC <br> 3191 Coral Way, Suite 500 <br> Miami, FL 33145 <br> o. (786) 703-2061 <br> c. (786) 238-2222 <br> c. (440) 315-4610 <br> mprada@pradaurizar.com <br> adominguez@pradaurizar.com <br><br> **Claudia Canizares** <br> Fla. Bar No. 98308 <br> Canizares Law Group, LLC <br> 8360 W. Flagler St., Suite 103 <br> Miami, FL 33144 <br> o. 305.680.0038 <br> claudia@abogadadeinmigracion.us <br><br> *Counsel for Plaintiffs* | BRIAN M. BOYNTON <br> Principal Deputy Assistant Attorney General <br><br> WILLIAM C. PEACHEY <br> Assistant Director <br><br> */s/ Elissa Fudim* <br> ELISSA FUDIM <br> Trial Attorney <br> U.S. Department of Justice, Civil Division <br> Office of Immigration Litigation, <br> District Court Section <br> P.O. Box 868, Ben Franklin Station <br> Washington, D.C. 20044 <br> Tel: (202) 598-6073 <br> Email: elissa.p.fudim@usdoj.gov <br><br> *Counsel for Defendant* |