UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-23213-BLOOM

**YARIBEL RABELO-RODRIGUEZ**, *et al.*,

    Plaintiffs,

v.

**ALEJANDRO MAYORKAS**, in his official capacity as the United States Secretary of Homeland Security,

    Defendant.

_____/

**JOINT STIPULATION OF DISMISSAL**

    The parties, by and through their respective undersigned counsel, file this Joint Stipulation of Dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and stipulate to the dismissal of this case without prejudice, and with each party bearing their own fees and costs.

| | |
|---|---|
| February 25, 2022 | Respectfully submitted, |
| **s/ Mark Andrew Prada** | BRIAN M. BOYNTON |
| Fla. Bar No. 91997 | Principal Deputy Assistant Attorney General |
| **Anthony Richard Dominguez** | |
| Fla. Bar No. 1002234 | WILLIAM C. PEACHEY |
| Prada Urizar, PLLC | Assistant Director |
| 3191 Coral Way, Suite 500 | |
| Miami, FL 33145 | */s/ Elissa Fudim* |
| o. (786) 703-2061 | ELISSA FUDIM |
| c. (786) 238-2222 | Trial Attorney |
| c. (440) 315-4610 | U.S. Department of Justice, Civil Division |
| mprada@pradaurizar.com | Office of Immigration Litigation, |
| adominguez@pradaurizar.com | District Court Section |
| | P.O. Box 868, Ben Franklin Station |
| **Claudia Canizares** | Washington, D.C. 20044 |
| Fla. Bar No. 98308 | Tel: (202) 598-6073 |
| Canizares Law Group, LLC | Email: elissa.p.fudim@usdoj.gov |
| 8360 W. Flagler St., Suite 103 | |
| Miami, FL 33144 | *Counsel for Defendant* |

1

o. 305.680.0038
claudia@abogadadeinmigracion.us

*Counsel for Plaintiffs*